**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6041**

---

VERNON WELLS,

                                        Plaintiff - Appellant,

        versus

WARDEN, Indian Creek Correctional Center;
KITCHEN SUPERVISORS,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge. (CA-96-862)

---

Submitted:  April 17, 1997                 Decided:  May 2, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Vernon Wells, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his 42 U.S.C. § 1983 (1994) complaint. The district court ordered Appellant to pay the full $120.00 filing fee or submit an _in forma pauperis_ application in accordance with 28 U.S.C. § 1915(a)(1) (1994) _as amended by_ Prison Litigation Reform Act of 1996, and dismissed the case without prejudice when Appellant failed to comply with the order. Finding no abuse of discretion, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

_AFFIRMED_

2